UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY L. DRYDEN, | ) |
| Plaintiff(s), | ) Case No. 2:15-cv-00094-JAD-VCF |
| vs. | ) ORDER |
| PHILLIP BURNS, et al., | ) |
| Defendant(s). | ) |

This case has been assigned to the Court-Based Early Neutral Evaluation ("ENE") Program in the District of Nevada as outlined in LR 16-6. *See* Docket No. 4. Pursuant to LR 16-6(c), the evaluating magistrate judge "may exempt any case from early neutral evaluation on the judge's own motion." Accordingly, the parties are hereby **ORDERED** to file their positions as to whether this case should be exempt from the early neutral evaluation, no later than February 13, 2015.

IT IS SO ORDERED.

DATED: January 30, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge