UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY L. DRYDEN,<br><br>        Plaintiff(s),<br><br>vs.<br><br>PHILLIP BURNS, et al.,<br><br>        Defendant(s). | Case No. 2:15-cv-00094-JAD-VCF<br><br>ORDER |

This case has been assigned to the Court-Based Early Neutral Evaluation ("ENE") Program in the District of Nevada as outlined in LR 16-6. *See* Docket No. 4. Pursuant to LR 16-6(c), the evaluating magistrate judge "may exempt any case from early neutral evaluation on the judge's own motion." On January 30, 2015, the Court ordered the parties to file their positions as to whether this case should be exempt from the early neutral evaluation, no later than February 13, 2015. Docket No. 9. The Court has received Defendants' position. Docket No. 11. Defendants represent that good cause exists to delay the ENE. *Id.* Accordingly, at this time, the Court will not set an ENE in this case. If the Court determines that it is necessary, it will schedule an ENE at a later date.

IT IS SO ORDERED.

DATED: February 19, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge